UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

TRINA LYNN BIGGERS          CASE NUMBER:    08-34260
SSN: xxx-xx-7336            CHAPTER 13
Debtor

---

## NOTICE TO TRINA LYNN BIGGERS THAT $1.09 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUND ACCOUNT IN TREASURY FUND #6047BK

---

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Trina Biggers, debtor herein, and deposits $1.09 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1. That the debtor's case was dismissed on March 12, 2010 and the case was closed on May 17, 2010.

2. That the last known address for Trina Lynn Biggers, was:

   125 N. Calumet Avenue
   Michigan City, IN 46360

3. That the debtor did not cash the Trustee's disbursement check number 66542, dated May 31, 2010 in the amount of $1.09, and it has been voided.

4. That the Trustee sent the $1.09 disbursement check number 673261, dated September 30, 2010, to the debtor's attorney and that check was not cashed and has been voided.

5. That any objections to said Deposit should be made in writing with the Court Clerk.

Dated:   June 1, 2011                    /s/ Debra L. Miller,
                                         Debra L. Miller, Trustee
                                         P.O. Box 11550
                                         South Bend, IN 46634
                                         (574) 251-1493

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served as follows on     June 1, 2011

By U.S. Mail postage prepaid
Debtor: Trina Lynn Biggers, 125 N. Calumet Avneu, Michigan City, IN 46360

By electronic mail via CM/ECF:
Debtor's Attorney: Regina Wilkinson
U.S. Trustee: ustregion10.so.efc@usdoj.gov

/s/ Harriette M. King
Harriette M. King